IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094<br><br>HON. KAREN SPENCER MARSTON |
| THIS DOCUMENT RELATES TO:<br><br>*Cases Listed in Appendix A* | | |

**ORDER**

**AND NOW**, this 9th day of September, 2025, upon consideration of the notices of voluntary dismissal filed in the cases listed in Appendix A to this Order, it is **ORDERED** that the Clerk of Court shall ensure all cases listed in Appendix A are marked **CLOSED.**

**IT IS SO ORDERED.**

                                        BY THE COURT:

                                        */s/ Karen Spencer Marston*
                                        **KAREN SPENCER MARSTON, J.**

## APPENDIX A

*Franklin v. Novo Nordisk A/S*, No. 25cv4197

*Hardegree v. Novo Nordisk A/S*, No. 25cv4198

*Rathke v. Novo Nordisk, A/S*, No. 25cv1634

*Wood v. Novo Nordisk, A/S*, No. 25cv2764